JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HIDALGO-CHAVEZ, | Case No. SACV 12-01843-ABC (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| ERIC HOLDER, JR., | |
| Respondent. | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 3/25/2013

_____
HONORABLE AUDREY B. COLLINS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge